UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS BAY CABLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V OCEAN LIFE, et al.,<br><br>    Defendants. | Case No. 14-cv-04854-JD<br><br>**ORDER GRANTING MOTION TO AMEND**<br><br>Re: Dkt. No. 47 |

In this admiralty case, plaintiff Trans Bay Cable LLC ("TBC") seeks the Court's permission to amend its complaint to add a single claim. Dkt. No. 47. The Court finds this motion suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b), and grants the motion.

Under Federal Rule of Civil Procedure 15(a), the Court is to "freely give leave [to amend] when justice so requires." "[T]his mandate is to be heeded. . . . In the absence of any apparent or declared reason -- such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. -- the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Although defendants oppose the motion, Dkt. No. 50, they come nowhere close to identifying any good reason why the requested leave should be denied. Plaintiff's motion is consequently granted, and TBC is directed to file its first amended complaint (a proposed version of which it filed as Dkt. No. 47-1) by 5 p.m. on Monday, June 15, 2015.

//

//

1     The case management conference will be held as scheduled on Wednesday, June 17, 2015, at 10 a.m. The Court will also take up TBC's discovery dispute letter (Dkt. No. 53) at that time.

**IT IS SO ORDERED.**

Dated: June 12, 2015

_____
JAMES DONATO
United States District Judge