FORREST BOOTH (SBN 74166)
PHILIP BARILOVITS (SBN 199944)
PAMELA L. SCHULTZ (SBN 269032)
BRADLEY H. PACE (SBN 302510)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
Email: fbooth@hinshawlaw.com

Attorneys for Plaintiff TRANS BAY CABLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS BAY CABLE LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>M/V OCEAN LIFE, her engines, boilers, tackle, apparel, etc., in rem, LifeOne Shipping Corp., and Alassia NewShips Management, in personam,<br><br>            Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 3:14-cv-04854-JD<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Complaint Filed: October 31, 2014 |

Plaintiff Trans Bay Cable LLC ("TBC") and Intervenors (together, "Plaintiffs") as well as M/V OCEAN LIFE, LifeOne Shipping, Inc., and Alassia NewShips Management, Inc. (together "Defendants"), have submitted a joint letter to this Court regarding the availability of certain witnesses for deposition in Greece, the status of written production, as well as the status of review of information potentially protected from disclosure under 6 C.F.R. § 29.6 by the Department of

Homeland Security. Intervenors are in agreement. For good cause shown, it is hereby ordered that the scheduling order in this case is modified as follows:

     Deposition Discovery Cutoff: September 14, 2015

     Expert Disclosures Deadline: October 2, 2015

     Expert Discovery Cut-Off: November 5, 2015

     Last Day To File Dispositive Motions: November 16, 2015

All other dates in the scheduling order previously (Dkt. 42) entered remain as they were. The parties will produce no further written discovery unless in compliance with the August 14, 2015 original fact discovery cut-off.

**IT IS SO ORDERED.**

DATED: July 27, 2014

                                            Honorable James Donato
                                            United States District Judge