UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS BAY CABLE LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>M/V OCEAN LIFE, et al.,<br><br>            Defendants. | Case No. 14-cv-04854-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have settled. Consequently, the Court dismisses this case without prejudice. If any party certifies to the Court by March 10, 2016 that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed by March 10, 2016, the dismissal will be with prejudice after that date, without further order of the Court.

**IT IS SO ORDERED.**

Dated: January 25, 2016

JAMES DONATO
United States District Judge